[No. 4725.]

M. B. LYSIGHT, COUNTY ASSESSOR, AND THE BOARD OF COUNTY COMMISSIONERS OF TELLER COUNTY, COLORADO, v. THE DES MOINES GOLD MINING COMPANY, A CORPORATION.

**Former Opinion Followed.**

The appeal in this action is dismissed, for want of jurisdiction, in accordance with the reasons set forth in Board of County Commissioners of Teller County v. Pinnacle Gold Mining Company, ante, p. 492.

*Appeal from the District Court of Teller County. Hon. Robert E. Lewis, Judge.*

Appeal by M. B. Lysight, as county assessor, and the board of county commissioners of Teller county from a judgment of the district court reducing the assessment of taxes against The Des Moines Gold Mining Company.

Decision *en banc.*                    *Dismissed.*

Mr. C. S. THOMAS and Mr. SCOTT ASHTON, for appellant.

Mr. JUSTICE BAILEY delivered the opinion of the court:

The appeal in this action is dismissed, for lack of jurisdiction, because of the reasons set forth in *Board of County Commissioners of Teller County v. The Pinnacle Gold Mining Company.*

Decision *en banc.*                    *Dismissed.*